IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., f/k/a Crop Production Services, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:23cv230-MHT (WO) |
| JOHN T. HOLLEY, | ) ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Nutrien Ag Solutions, Inc.'s motion for entry of default judgment (Doc. 5) is granted.

(2) Judgment is entered for plaintiff Nutrien Ag Solutions, Inc. and against defendant John T. Holley for breach-of-contract damages in the amount of $ 144,536.58; default interest in the amount of $ 3,819.97; attorneys' fees in the amount of $ 4,504.25; and costs in the amount of $ 634.53.

Plaintiff Nutrien Ag Solutions, Inc. shall have and recover from defendant Holley all of these sums, jointly and severally.

It is further ORDERED that costs are taxed against defendant Holley, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of November, 2023.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE